RECEIVED
FEB 2 6 2007
OFFICE OF THE CLERK
COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
SI-NOR, INCORPORATED

07-126-C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): JOSEPH D. CURD, ALEXIS GALINDO
Firm Name: CURD, GALINDO & SMITH, LLP
Post Office Box:
Street Address: 301 E. OCEAN BLVD., #1700
City-State-Zip: LONG BEACH CA 90802
Telephone & Facsimile Numbers: TEL:(562)624-1177. FAX:(562)624-1178

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: C D A
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A F
See attached sheet for three-digit codes.

Amount Claimed: $ 878,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N.A.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N.A.

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.