CURD, GALINDO & SMITH, L.L.P.
JOSEPH D. CURD
ALEXIS GALINDO
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178

Attorneys for SI-NOR INCORPORATED

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SI-NOR INCORPORATED, a California corporation

v. No. 1:07-cv-126

THE UNITED STATES Baker

## DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff Si-Nor Incorporated is a nongovernmental corporate party to a complaint against the United States. Si-Nor Incorporated has no parent corporation. Merrill Lynch Group, Inc., a subsidiary of the publicly traded Merrill Lynch & Co., Inc., owns more than 10% of the preferred stock of Si-Nor Incorporated, but does not own any of its common stock. Merrill Lynch Group, Inc. is not a publicly held corporation.

DATED: February 28, 2007

CURD, GALINDO & SMITH, L.L.P.

JOSEPH D. CURD
Attorneys for Plaintiff

Curd, Galindo & Smith, L.L.P.
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fx: (562) 624-1178