IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-126C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including May 29, 2007, within which to file a response to the complaint. The response to the complaint is currently due April 27, 2007. This is defendant's first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the Department of the Air Force ("Air Force") as required under 28 U.S.C. § 520(b). Undersigned counsel has been informed by the Air Force that, despite counsel's prompt request for a litigation report, the Air Force will be unable to generate such a report in time to respond to the complaint by the current deadline. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel of record to review the litigation report and prepare the

Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 30 days, to and including May 29, 2007, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-5824
Fax: (202) 514-8624

April 6, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of April, 2007, a copy of the foregoing "MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley
A. BONDURANT ELEY