# In the United States Court of Federal Claims

Case No. 07-126C
(Filed: April 11, 2007)

| | |
|---|---|
| SI-NOR INCORPORATED, a California Corporation, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Defendant's unopposed Motion for a 30-day **Enlargement of Time** filed April 6, 2007, is hereby **GRANTED**. The **Defendant's response** to the Plaintiff's Complaint shall be **filed no later than May 29, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge