# In the United States Court of Federal Claims

Case No. 07-126C
(Filed: July 18, 2007)

****************************************************
SI-NOR INCORPORATED, a California *
Corporation, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** (on the record) scheduled for **2:00 p.m.**, on Wednesday, **August 1,** 2007. The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge