# In the United States Court of Federal Claims

Case No. 07-126C
(Filed: August 2, 2007)

*****************************************************
SI-NOR INCORPORATED, a California Corporation, *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*
*****************************************************

## ORDER

The Court held a Preliminary Status Conference in the above-captioned case on August 1, 2007. This order summarizes the results of that conference.

The Government originally intended to file a motion to dismiss for lack of jurisdiction the Plaintiff's claims regarding unjustifiably low performance ratings and harm to business reputation. The Plaintiff indicated the likelihood of dropping those claims. **The Parties shall file a joint status report no later than August 31, 2007, indicating whether those claims remain in the case, and if so, suggesting a schedule for briefing the Government's dispositive motion.**

The Parties have already made initial disclosures and are proceeding with Discovery. **Non-expert Discovery, including exchange of documents and depositions, will be completed by December 31, 2007.**

The Parties agreed on the possibility of settlement once an audit of the Plaintiff's contract expenses has been completed by the Agency. **The Government's Counsel shall inform the Agency forthwith of the need for an audit, which shall be completed as soon as possible, but no later than December 31, 2007.**

**The Parties shall file a joint status report no later than December 31, 2007, indicating the status of the audit and suggesting further proceedings, including a schedule for additional Discovery, if necessary.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge