IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-126C<br>(Judge Lawrence M. Baskir) |

JOINT STATUS REPORT AND STIPULATION REGARDING
COMPLAINT PARAGRAPHS 35, 36 AND 38

Defendant, the United States, and plaintiff, Si-Nor, Incorporated, jointly submit this joint status report and stipulation regarding paragraphs 35, 36 and 38 of plaintiff's complaint.

1. Plaintiff, Si-Nor Incorporated, filed a complaint in the subject case against defendant, the United States, on Feb. 26, 2007.

2. Plaintiff alleged in paragraphs 35, 36, and 38 of the Complaint, that defendant breached the implied covenant of good faith and fair dealing in the subject contract by giving plaintiff an unjustifiably low performance rating and by threatening to cancel the subject contract as retaliation against plaintiff's request for equitable compensation and complaint of illegal dumping, and that plaintiff's business reputation has been damaged.

3. Defendant and plaintiff filed a Joint Preliminary Status Report on July 16, 2007 in which defendant indicated the intention to file a motion to dismiss paragraphs 35, 36, and 38 of the complaint for lack of subject matter jurisdiction.

4. Plaintiff's counsel and defendant's counsel met and conferred by telephone subsequent to the Preliminary Status Conference with Judge Lawrence M. Baskir on August 1, 2007.

5. Plaintiff's counsel and defendant's counsel are in agreement that plaintiff voluntarily dismisses with prejudice the allegations contained in paragraphs 35, 36, and 38 of the Complaint, and that defendant will not file a motion to dismiss those allegations.

WHEREFORE, the parties stipulate that plaintiff voluntarily dismisses with prejudice the allegations under paragraphs 35, 36, and 38 of the Complaint shall not remain in the case, and that Defendant will not file a motion to dismiss those allegations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L St., N.W.
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Counsel for Defendant

August 29, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 29th day of August, 2007, a copy of the foregoing "JOINT STATUS REPORT AND STIPULATION REGARDING COMPLAINT PARAGRAPHS 35, 36, AND 38" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A. Bondurant Eley