# In the United States Court of Federal Claims

Case No. 07-126C
(Filed: September 4, 2007)

***************************************************
SI-NOR, INCORPORATED, a California Corporation, *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*
***************************************************

## ORDER

On August 29, 2007, the parties filed a Joint Status Report and Stipulation regarding Complaint Paragraphs 35, 36 and 38. The Stipulation agreed upon by the parties that **Plaintiff voluntarily dismisses with prejudice the allegations contained in paragraphs 35, 36 and 38 of the Complaint, and that Defendant will not file a motion to dismiss those allegations**, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge