IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California corporation, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-126C |
| v. | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT
OF FACT DISCOVERY DEADLINE

Pursuant to RCFC 6(b), the parties respectfully request an enlargement of time of 60 days, to and including February 29, 2008, to complete fact discovery. Discovery is currently scheduled to close on December 31, 2007. This is the parties' first request for an enlargement of time for this purpose.

An enlargement of time is necessary to enable plaintiff to complete its production to the defendant and to the DCAA auditor in this case, to allow defendant time to review the production, and to afford both parties an opportunity to depose necessary witnesses with the benefit of that discovery.

For the foregoing reasons, the parties respectfully request an enlargement of 60 days, to and including February 29, 2008 to complete fact discovery in this case.

Respectfully submitted,

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L St., N.W.
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Counsel for Defendant

December 19, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 19th day of December, 2007, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF FACT DISCOVERY DEADLINE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.