IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-126C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENTRY OF STIPULATION AND
PROTECTIVE ORDER REGARDING PROPRIETARY INFORMATION

Pursuant to Rules 7(b) and 26(c) of the Rules of the United States Court of Federal Claims, the parties respectfully request that the Court enter the accompanying proposed Stipulation and Protective Order regarding proprietary information. Defendant's counsel has advised plaintiff's counsel that certain discovery sought by plaintiff in this case will involve the disclosure of the proprietary information of several of plaintiff's potential competitors, which are not parties to this litigation, and the parties have agreed to protect such information in the manner set forth in the attached draft protective order.

Plaintiff Si-Nor, Inc. ("Si-Nor") alleges that it entered into a contract with the Government under which it operated a recycling center at Offutt Air Force Base, and that the Government breached that agreement by not

compensating plaintiff for expenses incurred. In connection with its claims in this case, plaintiff has requested that the Government produce "[a]ny and all accounting information showing the costs to Defendant for operating the [Recycling] Center by Defendant's Base Environment Services Department and Department of Reutilization Marketing Office ("DRMO") prior to July 1,2000."

The Government has advised plaintiff that documents bates labeled GOV005852 through GOV005884, GOV006275 through GOV006276, GOV007149 through GOV007153, GOV007155, GOV007321, GOV007580 through GOV007585, and GOV007611 through GOV007629, which are responsive to plaintiff's document requests, contain prices, quotes and bid-related information from companies that may be considered competitors of Si-Nor, and, as such, constitute protected proprietary information or trade secrets.

Plaintiff's counsel has agreed that, if such files are produced to him in their entirety, they initially will be for counsel's eyes only. In the event that plaintiff's counsel determines that he wishes to use the above-listed documents, either at trial or any other phase of this litigation, in a manner that will require their disclosure to individuals and entities not identified as parties to whom such disclosures may be made under the attached

Protective Order, plaintiff's counsel will so advise defense counsel, and seek leave of Court.

Given the proprietary nature of these documents, and the possible need for using the information contained therein during the litigation, it is in the interest of the parties to see the entry of the accompanying stipulation and protective order.

For these reasons, the parties respectfully request that this joint motion for the entry of the stipulation and protective order be granted.

Respectfully submitted,

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant Snee for s/Deborah Bynum
DEBORAH A. BYNUM
Assistant Director

s/Joseph F. Curd
JOSEPH F. CURD
Curd, Galindo & Smith, LLP
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Attorney for Plaintiff

Dated: December 19, 2007

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-616-8254
202-307-0972

Attorneys for Defendant

Dated: December 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2007, a copy of the foregoing "JOINT MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER REGARDING PROPRIETARY INFORMATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley