IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California corporation, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-126C |
| v. | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of August 2, 2007, the parties hereby respectfully submit their joint status report.

The parties have jointly requested an enlargement of time up to and including February 29, 2008, to complete discovery, including the audit of plaintiff's claim. An enlargement of time is necessary to enable plaintiff to complete its production to the defendant and to the DCAA auditor in this case, to allow defendant time to review the production, and to afford both parties an opportunity to depose necessary witnesses with the benefit of that discovery. The Court has not yet ruled upon the parties' joint motion for enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey for s/D. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L St., N.W.
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Counsel for Defendant

December 31, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 31st day of December, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley