# In the United States Court of Federal Claims

Case No. 07-126C
(Filed: January 2, 2008)

****************************************************
SI-NOR INCORPORATED, a California *
Corporation, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The parties' Joint Motion for a 60-day **Enlargement of Time** filed December 19, 2007, **to complete Fact Discovery** is hereby **GRANTED**. **Fact Discovery shall** conclude on **February 29, 2008. A Joint Status Report shall be filed at that time.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge