IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California Corporation, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-126C |
| v. | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of January 2, 2008, the parties respectfully submit this joint status report.

Fact discovery in this matter is currently scheduled to close on February 29, 2008. Defendant has filed a motion to dismiss, or, in the alternative, to stay proceedings in this case based upon the suspension of Si-Nor's corporate powers by California's Secretary of State. Plaintiff intends to oppose this motion, and is making efforts to have its corporate powers reinstated. Plaintiff's opposition is not yet due.

The parties are in agreement that, should the Court deny defendant's motion and decline to dismiss this matter or stay proceedings, both are in need of additional time to complete

discovery, due to the disruption of their intended schedule by the suspension at issue.

Respectfully submitted,

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s. Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L St., N.W.
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Counsel for Defendant

February 29, 2008

CERTIFICATE OF FILING

I hereby certify that on this 29th day of February 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley