IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-126C<br>(Judge Lawrence M. Baskir) |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO STAY PROCEEDINGS

Pursuant to Rule 7.2(c) of the Rules of the United States Court of Federal Claims, Plaintiff, Si-Nor Incorporated ("Si-Nor") respectfully submits its opposition to Defendant's Motion to Dismiss and to Stay Proceedings.

STATEMENT OF THE ISSUE

On February 21, 2008, Defendant filed a Motion to Dismiss and to Stay Proceedings ("Motion") with this Court on the grounds that Si-Nor lost its capacity to maintain its lawsuit against Defendant because Si-Nor's corporate status was suspended by the California Franchise Tax Board and therefore this Court is without jurisdiction to entertain this action.

//

## ARGUMENT

### This Court Has Proper Subject Matter Jurisdiction Because Si-Nor's Corporate Status Has Been Reinstated

Since the filing of the Motion by Defendant, Si-Nor's corporate status has been reinstated. The California Franchise Tax Board issued a certificate of Revivor to Si-Nor on March 3, 2008, stating that Si-Nor has been relieved of suspension or forfeiture and is now in good standing with the Franchise Tax Board. See Exhibit A attached hereto. The California Secretary of State also confirmed the active status of Si-Nor as of March 14, 2008. See Exhibit B attached hereto.

As Defendant's ground for the Motion is based on the suspension of Si-Nor by the California Franchise Tax Board, the reinstatement of Si-Nor as evidenced herein renders the ground for the Motion moot. Si-Nor's attorney and Defendant's attorney have been in discussion to reopen discovery and to jointly request this Court to extend the discovery deadline to accommodate the temporary interruption.

//

//

CERTIFICATE OF FILING

I hereby certify that on this 21st day of March, 2008, a copy of the foregoing "PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joseph D. Curd

## CONCLUSION

For the foregoing reasons, Si-Nor respectfully requests that this Court deny Defendant's Motion to Dismiss and to Stay Proceedings.

Respectfully submitted,

s/ Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

Dated: March 21, 2008

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 942857
SACRAMENTO CA 94257-2021

621:JCM A-310

Notice Date: 03/03/08

## CERTIFICATE OF REVIVOR

SI-NOR INCORPORATED
14521 S AVALON BLVD
GARDENA CA 90248-2007
USA

Corporation Name : SI-NOR INCORPORATED

Corporation Number: 1762269000

Effective Date : 3/3/08

This corporation has been relieved of suspension or forfeiture and is now in good standing with the Franchise Tax Board.

Business Entity and Field Collection Bureau

**ASSISTANCE**

Telephone assistance is available year round from 7 a.m. until 8 p.m. Monday through Friday. From January through June, assistance is also available from 8 a.m. until 5 p.m. on Saturdays. We may modify these hours without notice to meet operational needs.

From within the United States, call ....................(800) 852-5711
From outside the United States, call (not toll-free)....................(916) 845-6500

Website at: www.ftb.ca.gov

**Assistance for persons with disabilities:** We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please call TTY/TDD (800) 822-6268

EXHIBIT B

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAR 14, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| SI-NOR INCORPORATED | | |
| **Number:** C1762269 | **Date Filed:** 4/19/1995 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1345 FITZGERALD AVE STE F | | |
| RIALTO, CA 92376 | | |
| **Agent for Service of Process** | | |
| SILAS UGORJI | | |
| 1345 FITZGERALD AVE STE F | | |
| RIALTO, CA 92376 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.