IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-126C<br>(Judge Lawrence M. Baskir) |

JOINT STATUS REPORT

The parties hereby respectfully submit this joint status report to address defendant's pending motion to dismiss plaintiff's complaint, and the parties' desire to reopen discovery in this case for a 120-day period, or until July 31, 2008.

Fact discovery in this matter closed on February 29, 2008. Prior to the close of fact discovery, defendant discovered that plaintiff's corporate powers had been suspended by California's Secretary of State. In light of this discovery, the parties cancelled scheduled discovery, and defendant filed a motion to dismiss, or, in the alternative, to stay proceedings, based upon plaintiff's loss of its legal capacity to sue. Plaintiff has since achieved reinstatement, and has provided defendant with a certificate of revivor. Defendant's

motion to dismiss is now moot. See KDH Corp. v. United States, 23 Ct. Cl. 34, 37 (1991).

In light of the reinstatement of the plaintiff's corporate powers, the parties jointly request that discovery in this matter be re-opened to allow for the completion of discovery, which was disrupted by the suspension. A reopening of discovery for a 120-day period, or until July 31, 2008, as opposed to some shorter period, is warranted because plaintiff's counsel is recuperating from an injury that will preclude him for a number of weeks from traveling to locations in and around Omaha, Nebraska, where defendant's witnesses are located.

Accordingly, the parties respectfully request that the Court reopen discovery in this case, and grant the parties until July 31, 2008, to complete discovery.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L St., N.W.
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Counsel for Defendant

March 27, 2008

CERTIFICATE OF FILING

I hereby certify that on this 27th day of March 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley