# In the United States Court of Federal Claims

Case No. 07-126C
(Filed: April 1, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *

**SI-NOR INCORPORATED,** a California Corporation,

*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties filed a Joint Status Report (JSR) on March 27, 2008. The JSR indicated that the Defendant's Motion to Dismiss, or in the Alternative, to Stay Proceedings, which was filed on February 21, 2008, is now moot because the Plaintiff has achieved reinstatement as a corporation. The JSR also requested that the Court re-open discovery in this matter for a period of 120 days.

**The Court hereby GRANTS the parties' request to re-open discovery for 120 days. Discovery is to be completed by July 31, 2008. The parties are ORDERED to file a JSR with the Court no later than August 15, 2008, proposing further proceedings. In addition, the Defendant's Motion to Dismiss is DECLARED MOOT and shall not be acted upon by the Court.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge