IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California Corporation, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-126C |
| v. | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of April 1, 2008, the parties respectfully submit this joint status report.

The parties respectfully request that no trial date in be set, and that this matter be stayed to allow the parties to complete the process of obtaining the necessary signatures to finalize a settlement agreement. The parties jointly propose that they be permitted to submit another status report to the Court in thirty-one days, on or before September 15, 2008, regarding the progress of the settlement. Should the parties resolve this matter prior to September 15, 2008, the parties will submit the appropriate document to this Court.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L St., N.W.
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Counsel for Defendant

August 15, 2008

CERTIFICATE OF FILING

I hereby certify that on this 15th day of August 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley