# In the United States Court of Federal Claims

Case No. 07-126C
(Filed: August 19, 2008)

*****************************************************
SI-NOR, INCORPORATED, a California Corporation, *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*
*****************************************************

## ORDER

On August 15, 2008, the parties filed a Joint Status Report (JSR) requesting that this case be stayed for settlement negotiations. **This case is hereby Stayed until further notice of this Court. A JSR shall be filed regarding the settlement negotiations every 60 days, commencing September 15, 2008.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Judge
for Judge Lawrence M. Baskir