IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SI-NOR INCORPORATED, a California Corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-126C<br>(Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of August 19, 2008, the parties respectfully submit this joint status report.

The parties have recently finalized and signed a settlement agreement in this matter, and expect the performance of the terms of the settlement agreement to commence shortly. Should the parties resolve this matter prior to November 14, 2008, the date of the next joint status report, the parties will submit the appropriate document to this Court.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Joseph D. Curd
JOSEPH D. CURD
Curd, Galindo & Smith
301 E. Ocean Boulevard
Suite 1700
Long Beach, CA 90802
Tel: (562) 624-1177
Fax: (562) 624-1178

Counsel for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L St., N.W.
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Counsel for Defendant

September 15, 2008

CERTIFICATE OF FILING

I hereby certify that on this 15th day of September 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley